# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2010

140304

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

DAVID JONASSEN and JEJOSA, L.L.C.,
      Plaintiffs,

and

STANTON CORNERS ENTERPRISES, INC.,
d/b/a THE BARN and 31 PLUS, L.L.C.,
      Plaintiffs-Appellants,

v

DeBOER BAUMANN & COMPANY, WILLIAM
BASSOW, and GEORGE GARDNER,
      Defendants-Appellees.

SC: 140304
COA: 286438
Ottawa CC: 07-059957-NM

_____/

On order of the Court, the application for leave to appeal the November 19, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010

Clerk

s0322